UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR 98 JBA/SALM |
| v. | VIOLATION: |
| TAJH WILEY, a/k/a "Yung," <br> KENSTON HARRY, <br> JEVAUGHN WATSON, a/k/a "Russ," <br> MYRON BROWN, a/k/a "Farid," <br> SASHERY FELIZ, <br> CHARLES RICHARDSON, a/k/a "Uncle Charles," <br> PETER MUNOZ, a/k/a "Peter Escalante-Munoz," and <br> DESTINY WADE | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D) <br> (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances)

1. From approximately January 2020 through the present, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants TAJH WILEY, a/k/a "Yung;" KENSTON HARRY; JEVAUGHN WATSON, a/k/a "Russ;" MYRON BROWN, a/k/a/ "Farid;" SASHERY FELIZ; CHARLES RICHARDSON a/k/a "Uncle Charles;" PETER MUNOZ, a/k/a "Peter Escalante-Munoz;" and DESTINY WADE, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with one another to distribute, and to possess with the intent to distribute, controlled substances, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

2. The object of the conspiracy with respect to the defendants TAJH WILEY, a/k/a "Yung;" KENSTON HARRY; JEVAUGHN WATSON, a/k/a "Russ;" MYRON BROWN, a/k/a/ "Farid;" SASHERY FELIZ; CHARLES RICHARDSON a/k/a "Uncle Charles;" PETER MUNOZ, a/k/a "Peter Escalante-Munoz;" and DESTINY WADE, was the possession with intent to distribute and the distribution of controlled substances, namely cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

FORFEITURE ALLEGATION

3. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendants TAJH WILEY, a/k/a "Yung;" KENSTON HARRY; JEVAUGHN WATSON, a/k/a "Russ;" MYRON BROWN, a/k/a/ "Farid;" SASHERY FELIZ; CHARLES RICHARDSON a/k/a "Uncle Charles;" PETER MUNOZ, a/k/a "Peter Escalante-Munoz;" and DESTINY WADE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be

divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

———————————————
FOREPERSON

UNITED STATES OF AMERICA

———————————————
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

———————————————
PATRICK J. DOHERTY
ASSISTANT UNITED STATES ATTORNEY

———————————————
ELENA L. CORONADO
ASSISTANT UNITED STATES ATTORNEY