IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAJH WILEY, *et. al.* | Case No. 3:21-cr-98 (JBA)<br><br>June 14, 2022 |

## GOVERNMENT'S MOTION IN LIMINE RE RULE OF COMPLETENESS FOR EXCERPTS OF RECORDINGS OFFERED AT TRIAL

As discussed in the accompanying memorandum of law, the Government respectfully requests that the Court impose a deadline of July 5, 2022 for any motions pursuant to Fed. R. Ev. 106 regarding excerpts of recordings of intercepted wire communications, jail telephone calls, and pole camera footage so that the Government can prepare such exhibits/recordings for trial.

                          Respectfully submitted,

                          VANESSA ROBERTS AVERY
                          UNITED STATES ATTORNEY

                          __/s/_____
                          ROBERT S. DEARINGTON
                          Federal Bar No. ct28862
                          PATRICK J. DOHERTY
                          Federal Bar No. PHV10400
                          ELENA L. CORONADO
                          Federal Bar No. PHV09758
                          ROBERT S. DEARINGTON
                          Federal Bar No. ct28862
                          ASSISTANT U.S. ATTORNEYS
                          1000 Lafayette Blvd., 10th Fl.
                          Bridgeport, Connecticut 06604

## CERTIFICATE OF SERVICE

   This is to certify that on June 14, 2022, a copy of the foregoing was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                   /s/_____
                  ROBERT S. DEARINGTON
                  ASSISTANT U.S. ATTORNEY